UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crystal Cianne Glenn,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 1:26-cv-2321-GSA<br>ORDER DIRECTING FILING OF THE FORM OF CONSENT OR DECLINE OF MAGISTRATE JUDGE JURISDICTION |

One of the parties has not filed the form of consent/decline of magistrate judge jurisdiction as specified in the Scheduling Order. ECF No. 4. Accordingly, that party is directed to do so within 10 days of the entry of this order.

IT IS SO ORDERED.

Dated: **August 4, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE